**00-6068**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIV LENARD**

**MAGISTRATE JUDGE TURNOFF**

| | |
|---|---|
| NUTRITION 21, | ) |
| Plaintiff, | ) Case No. _____ - CIV- |
| v. | ) Magistrate Judge _____ |
| FARMANATURAL, INC., | ) |
| Defendant. | ) **COMPLAINT** |

Nutrition 21, by way of complaint against the defendant alleges that:

1. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code.

**THE PARTIES**

2. Nutrition 21 is a limited partnership organized and existing under the laws of the State of California, having a place of business located at 4 Manhattanville Road, Purchase, New York 10577.

3. Upon information and belief, defendant Farmanatural, Inc. ("Farmanatural") is a

corporation organized and existing under the laws of the State of Florida, having a principal place of business located at 2525 Davie Road, Suite 330, Fort Lauderdale, Florida 33317.

## JURISDICTION AND VENUE

4. Upon information and belief, Farmanatural resides in this judicial district, is doing business in this judicial district, and is subject to the personal jurisdiction of this Court.

5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1338(a).

6. Venue is proper in this district under 28 U.S.C. §1391(b) and (c) and §1400(b).

## CLAIM FOR PATENT INFRINGEMENT

7. Paragraphs 1 through 6 are repeated as if fully set forth herein.

8. U.S. Patent No. Re. 33,988 was duly and legally issued on July 7, 1992 and is entitled "DIETARY SUPPLEMENTATION WITH ESSENTIAL METAL PICOLINATES" ("the '988 patent", Exhibit A hereto).

9. The United States of America as represented by the Secretary of Agriculture is the owner, by assignment, of all right, title and interest in and to the '988 patent.

10. Nutrition 21 is the exclusive licensee under the '988 patent for claims of the patent covering chromium picolinate, and is authorized by the owner of the '988 patent to bring this action for patent infringement (A copy of the License Agreement is attached hereto as Exhibit B).

11. Upon information and belief, Farmanatural has made, sold, and/or offered for sale chromium picolinate within the United States, and/or has imported chromium picolinate into the United States, and/or has sold compositions containing chromium picolinate in the United

States.

12. Farmanatural has infringed one or more of the claims of the '988 patent, or else has contributed to and/or induced the infringement of the '988 patent by others, by making, selling and/or offering for sale chromium picolinate within the United States, and/or by importing chromium picolinate into the United States, and/or by making, selling and/or offering for sale compositions containing chromium picolinate in the United States.

13. Farmanatural is on notice that its acts constitute infringement of the '988 patent.

14. The infringing acts committed by Farmanatural are willful and wanton and will continue unless enjoined by this Court.

15. Nutrition 21 has been damaged by the infringing acts committed by Farmanatural in an amount at least equal to $150,000, with the exact amount to be determined at trial. Nutrition 21's damages include the lost profits that it would have made on sales of its products embodying the claimed invention, but for the infringing acts committed by Farmanatural, as well as a reasonable royalty adequate to compensate for the infringement. In addition, because the infringing acts committed by Farmanatural have been willful, Nutrition 21 is entitled to treble damages and attorney's fees pursuant to 35 U.S.C. §§284 and 285.

16. The infringing acts committed by Farmanatural have caused Nutrition 21 to suffer irreparable harm and injury. The infringement by Farmanatural is in direct violation of Nutrition 21's rights under 35 U.S.C. §271 to exclude others from making, selling and/or offering for sale products embodying the invention of the '988 patent. Nutrition 21 has no adequate remedy at law and is likely to succeed on the merits of this Complaint. Nutrition 21 will continue to suffer irreparable harm unless an injunction is issued enjoining and restraining Farmanatural from

infringing the '988 patent.

## RELIEF SOUGHT

WHEREFORE, plaintiff respectfully prays for judgment against defendant, as follows:

(a) that Farmanatural has infringed the '988 patent;

(b) that an injunction issue permanently enjoining Farmanatural and its agents, servants, and employees, and all those in active concert and participation with it, or any of them, from infringing U.S. Patent No. Re. 33,988, including, without limitation, the manufacture, importation, acquisition, distribution, sale or offer for sale within the United States, of any chromium picolinate product embodying the invention claimed in the '988 patent;

(c) that an accounting be had, and judgment be rendered in Nutrition 21's favor, and against Farmanatural for damages adequate to compensate for the infringement of the '988 patent, in an amount at least equal to $150,000, together with costs and interest, and that the Court treble said damages, as appropriate, and as authorized by Title 35 U.S. Code §284;

(d) that attorney's fees, costs and disbursements incurred in connection with the prosecution of this litigation be awarded to Nutrition 21;

(e) that Nutrition 21 be awarded pre-judgment interest; and

(f) for such other and further relief as the Court may deem just, proper and equitable under the circumstances.

4

Dated: Boca Raton, Florida
January 7, 2000

_____
George G. Kurschner (Fla. Bar No. 238619)

370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434
(561) 395-5195

and

HELFGOTT & KARAS, P.C.
Aaron B. Karas
Michael F. Sarney
350 Fifth Avenue
New York, New York 10118
Phone: (212) 643-5000

Attorneys for Plaintiff

**Exhibit A**