# United States District Court

SOUTHERN DISTRICT OF FLORIDA

NUTRITION 21

V.

FARMANATURAL, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **00-6068 CIV LENARD**

**MAGISTRATE JUDGE TURNOFF**

TO: (Name and address of defendant)

FARMANATURAL, INC.
c/o Theodore J. Klein, Esq., reg. agent
88 NE 168th Street
N. Miami Beach, FL 33162
    (or)
2525 Davie Road, Suite 330
Davie, FL 33317

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HELFGOTT & KARAS, P.C.
Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
350 Fifth Avenue
New York, NY 10118
(212) 643-5000

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE   JAN 13 1999