# 00-6068

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIV LENARD**

**MAGISTRATE JUDGE TURNOFF**

| | |
|---|---|
| NUTRITION 21, ) | |
| ) | |
| Plaintiff, ) | Case No. _____ - CIV- _____ |
| ) | |
| v. ) | Magistrate Judge _____ |
| ) | |
| FARMANATURAL, INC., ) | |
| ) | **REQUEST FOR ORAL HEARING** |
| Defendant. ) | |

Plaintiff Nutrition 21 hereby requests a hearing and oral argument in connections with its motion for a preliminary injunction against defendant Farmanatural, Inc.

Plaintiff believes that a hearing and oral argument will be helpful to the Court because actions for patent infringement are generally complex and involve technical issues of fact to which the patent laws must be applied, including the interpretation of the claims of the patent in suit. In this case, the patent laws must be applied to chemical compounds covered by the claims of the patent in suit.

Furthermore, if the defendant's opposition to the motion includes technical factual issues, such as the chemical composition of its accused products, it may be necessary for the

Court to hear live testimony in order to address the issue of whether plaintiff has met its burden of demonstrating a likelihood of success on the merits of its infringement claim.

Dated: Boca Raton, Florida
       January 1, 2000

*George G. Kurschner* (Fla. Bar No. 238619)

370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434
(561) 395-5195

and

HELFGOTT & KARAS, P.C.
Aaron B. Karas
Michael F. Sarney
350 Fifth Avenue
New York, New York 10118
Phone: (212) 643-5000

Attorneys for Plaintiff

2