## AFFIDAVIT OF SERVICE

**State of Florida**  **County of Dade**  **United States Distri Court**

Case Number: 00-6068

Plaintiff:
**NUTRITION 21**

vs.

Defendant:
**FARMNATURAL, INC.**

For:
Aaron Karas
HELFGOTT & KARAS, P.C.
350 Fifth Avenue
New York NY 10118

Received by SUCCESS PROCESS, INC. on the 15th day of January, 2000 at 2:00 pm to be served on **FARMNATURAL INC., REGIS. AGENT, THEODORE J. KLEIN, 88 N.E. 168 STREET, N. MIAMI BEACH, FLA.**.

I, PETER KURSCHNER, being duly sworn, depose and say that on the **18th day of January, 2000 at 10:30 am, I:**

Delivered a true copy of the **SUMMONS IN A CIVIL ACTION & MOTION FOR PRELIMENARY INJUNCTION** to MARIE SAMANAS, SECTY. TO REGISTERED AGENT as a professional courtesy, who stated that they were authorized to accept for the witness in their absence.

I am over the age of 18 and have no interest in the above action.

**PETER KURSCHNER**
Process Server

Subscribed and Sworn to before me on the 27th day of January, 2000 by the affiant who is personally known to me.

**NOTARY PUBLIC**

SUCCESS PROCESS, INC.
19521 S.W. 129th Court
Miami, FL 33177
(305) 378-4608

Our Job Serial Number: 2000000001

OFFICIAL NOTARY SEAL
MARCIA SANTIAGO
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC800608
MY COMMISSION EXP. JAN. 6,2002

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3c

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

NUTRITION 21

V.

FARMANATURAL, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER **00-6068**

**CIV LENARD**

MAGISTRATE J——
TURNOFF

TO: (Name and address of defendant)

FARMANATURAL, INC.
c/o Theodore J. Klein, Esq., reg. agent
88 NE 168th Street
N. Miami Beach, FL 33162
      (or)
2525 Davie Road, Suite 330
Davie, FL 33317

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HELFGOTT & KARAS, P.C.
Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
350 Fifth Avenue
New York, NY 10118
(212) 643-5000

*[handwritten: Secty to Registered Agent Theodore Klein / MARIA SAMANA / date 1/18/00 / time 10:30 AM / by Peter Kirschner / 11" Dist court / CP# 510]*

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

*[signature]*

(BY) DEPUTY CLERK

JAN 1 3

DATE