UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NUTRITION 21, | CASE NO. 00-6068-CIV-LENARD |
| | Magistrate Judge Turnoff |
| Plaintiff, | |
| v. | |
| FARMANATURAL, INC., | |
| Defendant. | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION

Defendant Farmanatural, Inc. ("Farmanatural"), by and through its attorneys Feldman Gale & Weber P.A. and pursuant to S.D. Fla. L.R. 7.1(a)(1)(j), hereby moves this Court for an extension of time to respond to Plaintiff Nutrition 21's ("Nutrition 21") Complaint and Motion for Preliminary Injunction, and in support states:

1. Plaintiff served the present Complaint and Motion for Preliminary Injunction on Farmanatural on January 18, 2000. Accordingly, under the Federal Rules of Civil Procedure, Farmanatural must respond by Tuesday, February 1 to the Motion for Preliminary Injunction, and by Monday, February 7 to the Complaint.

2. However, undersigned counsel was not contacted by the Defendant regarding this matter until this past week. In light of the complexity of patent infringement allegations and the short period of time Farmanatural's counsel has had to investigate the allegations, the undersigned attorney respectfully requests that this Court grant an extension of time until February 17, 2000 to prepare Defendant's responses.

1

3. The undersigned conferred with Plaintiff's counsel, who agreed to this extension of time.

4. This motion is not submitted for the purpose of delay, nor for any improper purpose. Moreover, the granting of this motion will not prejudice any party.

5. A proposed Order is attached per S.D. Fla. L.R. 7.1(A)(2).

WHEREFORE Defendant Farmanatural, Inc. respectfully requests that this Court grant an extension of time until February 17, 2000 for Farmanatural to respond to the Complaint and the Motion for Preliminary Injunction in this action.

Respectfully submitted,

FELDMAN GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Tel. (305) 358-5001
Fax (305) 358-3309

By: _____
James A. Gale /FBN 371726/PTO 32,222
Jeffrey D. Feldman / FBN 330302
Nancy J. Flint/FBN 164623

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail and facsimile this 7th day of February, 2000, to:

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434

Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
HELFGOTT & KARAS, P.C.
350 Fifth Avenue
New York, NY 10118

                                            _____

l:\farmanatural, inc\pleadings\motion for extension of time.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NUTRITION 21,           ) | CASE NO. 00-6068-CIV-LENARD |
| ) | Magistrate Judge Turnoff |
| Plaintiff,           ) | |
| ) | |
| v.           ) | |
| ) | |
| FARMANATURAL, INC.,           ) | |
| ) | |
| Defendant.           ) | |
| ) | |
| _____ ) | |

**ORDER GRANTING DEFENDANT'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION**

This Cause is before the Court on Defendant Farmanatural, Inc.'s Motion for extension of time to respond to the Complaint and Motion for Preliminary Injunction in this matter. The Court having considered the motion and the pertinent portions of the record, and being otherwise fully advised, it is

ORDERED AND ADJUDGED that Defendant's motion is GRANTED. The deadline for Defendant to serve a response to the Complaint and the Motion for Preliminary Injunction is February 17, 2000.

DONE AND ORDERED in Chambers in Miami, Florida this _____ day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE
JOAN A. LENARD

I:\farmanatural, inc\pleadings\order on motion for extension of time.doc

1