UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NUTRITION 21,

    Plaintiff,

v.

FARMANATURAL, INC.,

    Defendant.

CASE NO. 00-6068-CIV-LENARD
Magistrate Judge Turnoff

FILED by _____ D.C.

FEB 07 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION

This Cause is before the Court on Defendant Farmanatural, Inc.'s Motion for extension of time to respond to the Complaint and Motion for Preliminary Injunction in this matter. The Court having considered the motion and the pertinent portions of the record, and being otherwise fully advised, it is

ORDERED AND ADJUDGED that Defendant's motion is GRANTED. The deadline for Defendant to serve a response to the Complaint and the Motion for Preliminary Injunction is February 17, 2000.

DONE AND ORDERED in Chambers in Miami, Florida this 7 day of February, 2000.

UNITED STATES DISTRICT JUDGE
JOAN A. LENARD

I:\farmanatural, inc\pleadings\order on motion for extension of time.doc

1

rec d in MIA Dkt 2/9/00