UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NUTRITION 21, | CASE NO. 00-6068-CIV-LENARD |
| Plaintiff, | Magistrate Judge Turnoff |
| v. | |
| FARMANATURAL, INC., | |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION**

Defendant Farmanatural, Inc. ("Farmanatural"), by and through its attorneys Feldman Gale & Weber P.A. and pursuant to S.D. Fla. L.R. 7.1(a)(1)(j), hereby moves this Court for an extension of time to respond to Plaintiff Nutrition 21's ("Nutrition 21") Complaint and Motion for Preliminary Injunction, and in support states:

1. This Court previously granted an extension of time for Defendant to respond to Plaintiff's Complaint and Motion for Preliminary Injunction until February 17, 2000.

2. The parties in this case are engaged in serious settlement negotiations. Therefore, the undersigned attorney respectfully requests that this Court grant an extension of time until February 28, 2000 to prepare Defendant's responses.

3. The undersigned conferred with Plaintiff's counsel, who agreed to this extension of time.

4. This motion is not submitted for the purpose of delay, nor for any improper purpose. Moreover, the granting of this motion will not prejudice any party.

1

2

5. A proposed Order is attached per S.D. Fla. L.R. 7.1(A)(2).

WHEREFORE Defendant Farmanatural, Inc. respectfully requests that this Court grant an extension of time until February 28, 2000 for Farmanatural to respond to the Complaint and the Motion for Preliminary Injunction in this action.

Respectfully submitted,

FELDMAN GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Tel. (305) 358-5001
Fax (305) 358-3309

By: _____
James A. Gale /FBN 371726/PTO 32,222
Jeffrey D. Feldman / FBN 330302
Nancy J. Flint/FBN 164623

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail and facsimile this 17th day of February, 2000, to:

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434

Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
HELFGOTT & KARAS, P.C.
350 Fifth Avenue
New York, NY 10118

I:\farmanatural, inc\pleadings\motion for extension of time2.doc