## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

NUTRITION 21,                          )        CASE NO. 00-6068-CIV-LENARD
                                       )        Magistrate Judge Turnoff
        Plaintiff,                     )
                                       )
v.                                     )
                                       )
FARMANATURAL, INC.,                    )
                                       )
        Defendant.                     )
                                       )
_____        )

FILED by _____ D.C.

FFR 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## ORDER GRANTING DEFENDANT'S MOTION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
## AND MOTION FOR PRELIMINARY INJUNCTION

This Cause is before the Court on Defendant Farmanatural, Inc.'s Motion for extension

of time to respond to the Complaint and Motion for Preliminary Injunction in this matter. The

Court having considered the motion and the pertinent portions of the record, and being otherwise

fully advised, it is

ORDERED AND ADJUDGED that Defendant's motion is GRANTED. The deadline for

Defendant to serve a response to the Complaint and the Motion for Preliminary Injunction is

February 28, 2000.

DONE AND ORDERED in Chambers in Miami, Florida this ___17__ day of February,

2000.

_____
UNITED STATES DISTRICT JUDGE
JOAN A. LENARD

I:\farmanatural. inc\pleadings\order on motion for extension of time2.doc

1

#12
#A