**NIGHT BOX**
**FILED**

FEB 28 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK, USDC/SDFL/MIA

| | |
|---|---|
| NUTRITION 21, | CASE NO. 00-6068-CIV-LENARD |
| Plaintiff, | Magistrate Judge Turnoff |
| v. | |
| FARMANATURAL, INC., | |
| Defendant. | |

### DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES
### TO PLAINTIFF'S COMPLAINT

Defendant Farmanatural, Inc. ("Farmanatural"), by and through its attorneys, Feldman Gale & Weber P.A., hereby submits its Answer and Affirmative Defenses to Plaintiff Nutrition 21 ("Nutrition 21").

1. Defendant Farmanatural admits that this is purportedly an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, but denies that Plaintiff has any rights to relief from this Court.

2. Defendant Farmanatural is without knowledge that Plaintiff Nutrition 21 is a California limited partnership with its principal place of business in Purchase, New York.

3. Defendant Farmanatural admits that it is a Florida corporation, with its principal place of business in Davie, Florida.

4. Defendant Farmanatural admits that it resides in this judicial district, is doing business in this judicial district, and is subject to the personal jurisdiction of this Court.

1



5. Defendant Farmanatural admits that this Court has jurisdiction over the subject matter of the action, but denies that Plaintiff has any rights to relief from this Court.

6. Defendant Farmanatural admits that venue is proper in this Court, but denies all other allegations in Paragraph 6 of the Complaint.

## CLAIM FOR PATENT INFRINGEMENT

7. Defendant Farmanatural repeats and restates its responses to paragraphs 1 through 6 above as if set forth fully herein.

8. Defendant Farmanatural is without knowledge of the allegations in Paragraph 8 concerning whether U.S. Patent No. Re. 33,988 the " '988 patent" was legally issued on July 7, 1992, as this calls for a legal conclusion.

9. Defendant Farmanatural is without knowledge of the allegations in Paragraph 9 concerning whether the United States of America as represented by the Secretary of Agriculture is the owner, by assignment, of all right, title, and interest in and to the '988 patent, as this calls for a legal conclusion.

10. Defendant Farmanatural is without knowledge of the allegations in Paragraph 10 concerning whether Plaintiff Nutrition 21 is the exclusive licensee under the '988 patent for claims of the patent covering chromium picolinate, and is authorized by the owner of the '988 patent to bring this action for patent infringement, as this calls for a legal conclusion.

11. Defendant Farmanatural admits that it has purchased a composition labeled chromium picolinate. Defendant Farmanatural denies all other allegations in Paragraph 11 of the Complaint.

12. Defendant Farmanatural denies the allegations in Paragraph 12 concerning

whether it is has infringed one or more of the claims of the '988 patent, or else has contributed to and/or induced the infringement of the '988 patent by others, by making, selling and/or offering for sale chromium picolinate within the United States, and/or by importing chromium picolinate into the United States, and/or by making, selling and/or offering for sale chromium picolinate in the United States.

13. Defendant Farmanatural denies the allegations in Paragraph 13 of the Complaint.

14. Defendant Farmanatural denies the allegations in Paragraph 14 of the Complaint.

15. Defendant Farmanatural denies the allegations in Paragraph 15 of the Complaint.

16. Defendant Farmanatural denies the allegations in Paragraph 16 of the Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff has an adequate remedy at law, and therefore is not entitled to injunctive relief.

### Second Affirmative Defense

Plaintiff is guilty of laches and therefore is not entitled to injunctive relief.

### Third Affirmative Defense

Upon information and belief, Patent No. Re. 33,988 is invalid as new matter was introduced into the original patent U.S. Patent No. 4,315,927 in contradiction of 35 U.S.C. § 251.

### Fourth Affirmative Defense

Upon information and belief, Patent No. Re. 33,988 is invalid as the claims of the original patent were broadened more than two years after the issue date of the underlying Patent No. 4,315,927 in contradiction of 35 U.S.C. § 251.

### Fifth Affirmative Defense

Upon information and belief, Patent No. Re. 38,988 is invalid as the underlying patent U.S. Patent No. 4,315,927 is invalid as it was issued on the basis of an inaccurate affidavit presented to the examiner to overcome rejection. See Nutrition 21 v. U.S., 930 F.2d 867, 870 (Fed. Cir. 1991).

### Sixth Affirmative Defense

Upon information and belief, Patent No. Re. 38,988 is unenforceable due to inequitable conduct of the inventor during prosecution of the underlying original patent U.S. Patent No. 4,315,927. See Nutrition 21 v. U.S., 930 F.2d 867, 870 (Fed. Cir. 1991).

### Seventh Affirmative Defense

Upon information and belief, Patent No. Re. 38,988 is invalid as the underlying patent U.S. Patent No. 4,315,927 is invalid over relevant prior art not considered by the U.S. Patent and Trademark Office in contradiction of 35 U.S.C. §§ 102 (a), (b). See Nutrition 21 v. U.S., 930 F.2d 867, 870 (Fed. Cir. 1991).

### Eighth Affirmative Defense

Upon information and belief, Patent No. Re. 33,988 is invalid as the underlying original patent U.S. Patent No. 4,315,927 is invalid based on pre-patent publication of the subject matter of that patent in contradiction of 35 U.S.C. §§ 102 (a), (b). See Nutrition 21 v. Thorne Research, Inc., 16 U.S.P.Q.2d 1815 (W.D. Wash. 1990).

### Ninth Affirmative Defense

Upon information and belief, Patent No. Re. 38,988 is invalid as the underlying original patent U.S. Patent No. 4,315,927 is invalid based on pre-patent sales of the patented composition

in contradiction of 35 U.S.C. § 102 (b).  See Nutrition 21 v. Thorne Research, Inc., 16 U.S.P.Q.2d 1815 (W.D. Wash. 1990).

### Tenth Affirmative Defense

Defendant Farmanatural has not infringed Patent No. Re. 38,988.

### Eleventh Affirmative Defense

Defendant Farmanatural is not liable for contributory infringement of Patent No. Re. 38,988.

### Twelfth Affirmative Defense

Defendant Farmanatural is not liable for infringement of Patent No. Re. 38,988.

Respectfully submitted,

FELDMAN GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Tel. (305) 358-5001
Fax (305) 358-3309

By: _____
James A. Gale /FBN 371726/PTO 32,222
Jeffrey D. Feldman / FBN 330302
Nancy J. Flint/FBN 164623

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail this 28th day of February, 2000, to:

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Florida  33434

Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
HELFGOTT & KARAS, P.C.
350 Fifth Avenue
New York, NY 10118

*[signature]*

l:\farmanatural, inc\pleadings\answer and affdef.doc