UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
FEB 29 2000
CLARENCE MADDOX
CLERK; USDC / SDFL / MIA

| | |
|---|---|
| NUTRITION 21, | CASE NO. 00-6068-CIV-LENARD |
| | Magistrate Judge Turnoff |
| Plaintiff, | |
| v. | |
| FARMANATURAL, INC., | |
| Defendant. | |

### DEFENDANT FARMANATURAL, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Farmanatural, Inc. ("Farmanatural"), by and through its attorneys Feldman Gale & Weber, P.A. and pursuant to this Court's Order of February 14, 2000, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement, and states:

1. The undersigned represents Defendant Farmanatural.

2. The trial judge(s) who have an interest in the outcome of this case are as follows:

   Hon. Joan A. Lenard
   United States District Judge
   Southern District of Florida

   Hon. William C. Turnoff
   United States Magistrate Judge
   Southern District of Florida

3. Persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates and parent corporations, and other identifiable legal entities related to the Defendant Farmanatural are as follows:

Farmanatural, Inc.
2525 Davie Road, Suite 330
Davie, Florida 33317

Ajix, Inc.
2525 Davie Road, Suite 330
Davie, Florida 33317

Saul Gilinski, President
Farmanatural, Inc.
2525 Davie Road, suite 330
Davie, Florida 33317

Saul Gilinski, President
Ajix, Inc.
2525 Davie Road, Suite 330
Davie, Florida 33317

4.   The attorneys who have an interest in the outcome of this case are as follows:

Jeffrey D. Feldman, Esq.
James A. Gale, Esq.
FELDMAN GALE & WEBER, P.A.
Miami Center, 19th Floor
201 South Biscayne Blvd.
Miami, FL 33131

Counsel for Defendant Farmanatural, Inc.

Respectfully submitted,

FELDMAN GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Tel. (305) 358-5001
Fax (305) 358-3309

By: _____
Jeffrey D. Feldman / 330302
James A. Gale / 371726
Nancy J. Flint/FBN 164623

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 24th day of February, 2000, to:

Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
HELFGOTT & KARAS, P.C.
350 Fifth Avenue
New York, NY 10118

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434

_____

I:\farmanatural, inc\pleadings\interested persons and corporate disclosure.doc