FILED BY _____ D.C

00 MAR -2 AM 9: 36

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NUTRITION 21, <br><br> Plaintiff, <br><br> v. <br><br> FARMANATURAL, INC., <br><br> Defendant. | Case No. 00-6068-CIV-LENARD <br><br> Magistrate Judge Turnoff <br><br> **PLAINTIFF'S CERTIFICATE OF INTEREST** |

Plaintiff, NUTRITION 21, pursuant to the Court's order of February 14, 2000 files this certificate of interest and would show that the corporate parent of "Nutrition 21" is AMBI, Inc., and that the United States of America as represented by the Secretary of Agriculture is the owner of the patent.

Dated: Boca Raton, Florida
February 29, 2000

George G. Kurschner, Esq.
Fla. Bar No. 238619
370 W. Camino Gardens Blvd.

Boca Raton, Florida 33434
(561) 395-5195

and

HELFGOTT & KARAS, P.C.
Aaron B. Karas
Michael F. Sarney
350 Fifth Avenue
New York, New York 10118
Phone: (212) 643-5000

Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY certify that I have this day served a copy of the foregoing Certificate of Interest on James A. Gale, Esq., Feldman Gale & Weber, P.A., Miami Center - 19th Floor, 201 South Biscayne Blvd., Miami, FL 33131 by U.S. mail this 29th day of February, 2000.

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, FL 33432
(561) 395-5195
Fla. Bar No. 238619