UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6068-CIV-LENARD/TURNOFF

**NUTRITION 21,**

    Plaintiff(s),

vs.

**FARMANATURAL, INC.,**

    Defendant(s).

_____/



FILED by _RG_ D.C.

MAR 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court <u>sua sponte</u>. On examination of the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    On February 14, 2000, the Court issued an Order Referring Pretrial Discovery Motions to Magistrate, Order Directing Parties to File Certificates of Interested Parties and Joint Scheduling Report (D.E. #10) which required the parties to file a Joint Scheduling Report within the time prescribed by the Southern District of Florida Local Rules.

2.    To date the parties have failed to submit a Joint Scheduling Report.

3.    **Failure to submit notice of good cause for noncompliance on or before April 3, 2000 will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**



Case No. 00-6068-CIV-LENARD/TURNOFF

**DONE AND ORDERED** in Chambers at Miami, Florida this $\underline{17}$ day of March, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Fl 33434

James A. Gale, Esq.
Feldman, Gale & Weber, P.A.
Miami Center 19th Floor
201 South Biscayne Boulevard
Miami, FL 33131