## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| NUTRITION 21, | ) | CASE NO. 00-6068-CIV-LENARD |
| | ) | Magistrate Judge Turnoff |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FARMANATURAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

### DEFENDANT FARMANATURAL, INC.'S NOTICE OF GOOD CAUSE

Defendant Farmanatural. Inc. ("Farmanatural"), by and through its attorneys Feldman

Gale & Weber, P.S., hereby submit its Notice of Good Cause in response to this Court's Order to

Show Cause of March 17, 2000. and states:

1.      Farmanatural timely filed its Certificate of Interested Parties in accordance with

this Court's February 14, 2000 Order.

2.      Farmanatural awaited Plaintiff Nutrition 21 ("Nutrition 21") to initiate contact for

the scheduling conference.

3.      After Farmanatural received the Order to Show Cause for failure to file a Joint

Scheduling Report, it contacted Nutrition 21's counsel on March 23, 2000 and informed counsel

of Plaintiff's obligation under S.D. Fla. L.R. 16.1((B)(8) to give Defendant notice of the

requirements of the subsection relating to the Scheduling Conference and Order.



CASE NO. 00-6068-CIV-LENARD

4.    The parties have conferred and have submitted a Joint Scheduling Report as

ordered.  However, Farmanatural will not object to dismissal of this action and entry of judgment

pursuant to S.D. Fla. L.R. 16.1(M).

<div style="margin-left:40%">

Respectfully submitted.

FELDMAN GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Tel. (305) 358-5001
Fax (305) 358-3309

By:_____
Jeffrey D. Feldman / 330302
James A. Gale / 371726
Nancy J. Flint/164623

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile

and U.S. mail this _3rd_ day of April, 2000, to:

Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
HELFGOTT & KARAS, P.C.
350 Fifth Avenue
New York, NY 10118

George G. Kurschner/FBN 238619
370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434

**Attorneys for Plaintiff**

I:\farmanatural. inc\pleadings\response to order to show cause.doc

2