

NIGHT BOX
FILED

APR 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| NUTRITION 21, | |
| Plaintiff, | Case No. 00-6068 - CIV- LENARD |
| v. | Magistrate Judge Turnoff |
| FARMANATURAL, INC., | |
| Defendant. | **PLAINTIFF'S NOTICE OF GOOD CAUSE IN RESPONSE TO ORDER TO SHOW CAUSE** |

Pursuant to the Court Order to Show Cause filed on March 17, 2000, Plaintiff hereby submits its Notice of Good Cause for noncompliance with the Order Directing Parties to File a Joint Scheduling Report.

Plaintiff did not submit a Joint Scheduling Report because the parties had been discussing settlement of the action, and Plaintiff believed that a prompt settlement would be reached, based on the desire to settle the matter as expressed by both parties. Plaintiff had submitted an offer of settlement and a proposed settlement agreement, and plaintiff was waiting for a response from defendant.



Plaintiff believed that it was reasonable to see if the matter would in fact be settled before the Court expended its time and resources in connection with the action, and before the parties incurred further attorneys fees and expenses. Plaintiff therefore tried to reach a prompt settlement. However, in its desire to settle the matter promptly, plaintiff inadvertently overlooked the due date for the filing of a Joint Scheduling Report, and it never received any request from defendant's counsel for the same.

Unfortunately, defendant has rejected plaintiff's settlement offer, although the parties are still hopeful that a settlement can be reached in the near future. Nevertheless, plaintiff prepared a proposed Joint Scheduling Report and forwarded the same to defendant's counsel on March 24, 2000. Defendant's counsel called plaintiff's counsel on March 31, 2000 to discuss defendant's proposed revisions, and the resulting Joint Scheduling Report is submitted herewith.

Accordingly, plaintiff believes that there exists good cause for non-compliance with the Order requiring a Joint Scheduling Report to be filed within the time prescribed by the Southern District of Florida Local Rules, and it respectfully requests that no sanctions be issued against it.

Dated: Boca Raton, Florida
April 3, 2000

Respectfully submitted,

George G. Kurschner (Fla. Bar No. 238619)
370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434
(561) 395-5195

HELFGOTT & KARAS, P.C.
Aaron B. Karas
Michael F. Sarney
350 Fifth Avenue
New York, New York 10118
Phone: (212) 643-5000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY certify that I have this day served a copy of the foregoing Plaintiff's Notice of Good Causse in Response to Order to Show Cause 788on James A. Gale, Esq., Feldman Gale & Weber, P.A., Miami Center - 19th Floor, 201 South Biscayne Blvd., Miami, FL 33131 by fax ( 305-358-3309) and U.S. mail on April 3, 2000.

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, FL 33432
(561) 395-5195
Fla. Bar No. 238619