UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6068-CIV-LENARD/TURNOFF

NUTRITION 21,

    Plaintiff(s),

vs.

FARMANATURAL, INC.,

    Defendant(s).
_____/



FILED by _____ D.C.

APR 1 1 2000

CLARENCE MADDOX,
CLERK U.S. DIST.
S.D. OF FLA. MIA

ORDER OF REFERRAL TO MEDIATION
AND DIRECTING PLAINTIFF'S COUNSEL TO SUBMIT PROPOSED
ORDER SCHEDULING MEDIATION

Trial having been set in this matter under separate order of the Court, and pursuant to Federal Rule of Civil Procedure 16(c)(9) and Southern District of Florida Local Rule 16.2, it is hereby

**ORDERED** as follows:

1. All parties are required to participate in mediation. The mediation shall be completed no later than **July 26 2001.** The parties are encouraged to schedule mediation earlier than this date, for example as soon as the key discovery is completed, to avoid incurring unnecessary costs and fees.

2. Plaintiff's counsel, or another attorney agreed upon by all counsel of record and any unrepresented parties, shall be responsible for scheduling the mediation conference. The parties shall agree upon a mediator within 15 days from the date of this Order. If there is no agreement, lead counsel shall notify the Clerk, in pleading form, within 15 days from the date of this Order and the Clerk shall designate a mediator from the List of Certified Mediators, based on a blind rotation.

3. A place, date, and time for mediation convenient to the mediator, counsel of record,

Case No. 00-6068-CIV-LENARD/TURNOFF

and unrepresented parties shall be established.  **Plaintiff's counsel shall complete the form order attached and submit it to the Court within 15 days from the date of this Order.**

4. Except as provided under Southern District of Florida Local Rule 16.2(E) for public-sector entities, the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory.  Appearance shall be in person; telephonic appearance is prohibited.  If insurance is involved, an adjustor with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

5. All discussions, representations and statements made at the mediation conference shall be confidential and privileged.

6. At least ten days prior to the mediation date, all parties shall present to the mediator a brief written summary of the case identifying issues to be resolved.  Copies of these summaries shall be served on all other parties.

7. The Court may impose sanctions against parties and/or counsel who do not comply with the attendance or settlement authority requirements herein or who otherwise violate the terms of this Order. The mediator shall report non-attendance and may recommend imposition of sanctions by the Court for non-attendance.

8. The mediator shall be compensated in accordance with the standing Order of the Court entered pursuant to Rule 16.2(B)(6), or on such basis as may be agreed to in writing by the parties and the mediator selected by the parties.  The cost of mediation shall be shared equally by the parties unless otherwise ordered by the Court. All payments shall be remitted to the mediator within

Case No. 00-6068-CIV-LENARD/TURNOFF

30 days of the date of the bill. Notice to the mediator of cancellation or settlement prior to the scheduled mediation conference must be given at least two (2) full business days in advance. Failure to do so will result in imposition of a fee for one hour.

9. If a full or partial settlement is reached in this case, counsel shall promptly notify the Court of the settlement in accordance with Southern District of Florida Local Rule 16.2.(f), by the filing of a notice of settlement signed by counsel of record within 10 days of the mediation conference. Thereafter the parties shall forthwith submit an appropriate pleading concluding the case. The case will remain on the trial calendar until an order dismissing the action is entered by the Court.

10. Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

11. If mediation is not conducted, the case may be stricken from the trial calendar, the pleadings may be stricken and default entered and/or other sanctions imposed.

**DONE AND ORDERED** in Chambers at Miami, Florida this __11__ day of April, 2000.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Case No. 00-6068-CIV-LENARD/TURNOFF

Copies furnished to:

Magistrate Judge William C. Turnoff

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Fl 33434

James A. Gale, Esq.
Feldman, Gale & Weber, P.A.
Miami Center 19th Floor
201 South Biscayne Boulevard
Miami, FL 33131

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6068-CIV-LENARD/TURNOFF

NUTRITION 21,

    Plaintiff(s),

vs.

FARMANATURAL, INC.,

    Defendant(s).
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with _____ _____ on _____, 2000, at _____.m., at _____, Florida.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

DONE AND ORDERED at Miami, Florida, this \_\_\_ day of _____, 2000.

                                                                  JOAN A. LENARD
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

George G. Kurschner, Esq.                      James A. Gale, Esq.
370 W. Camino Gardens Blvd.              Feldman, Gale & Weber, P.A.
Boca Raton, Fl 33434                            Miami Center 19th Floor
                                                      201 South Biscayne Boulevard
                                                      Miami, FL 33131