# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **NUTRITION 21,** | ) | **CASE NO. 00-6068-CIV-LENARD** |
| | ) | **Magistrate Judge Turnoff** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FARMANATURAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

Defendant Farmanatural, Inc. ("Farmanatural"), by and through its attorneys Feldman

Gale & Weber P.A. and pursuant to S.D. Fla. L.R. 7.1(a)(1)(j), hereby moves this Court for an

extension of time to respond to Plaintiff Nutrition 21's ("Nutrition 21") Motion for Preliminary

Injunction, and in support states:

1.    This Court previously granted an extension of time for Defendant to respond to

Plaintiff's Complaint and Motion for Preliminary Injunction until April 14, 2000.

2.    At this time, the parties are still engaged in settlement negotiations.  Therefore,

the undersigned attorney respectfully requests that this Court grant an extension of time until

April 28, 2000 to prepare Defendant's response.

3.    The undersigned conferred with Plaintiff's counsel, who agreed to this extension

of time.

4.    This motion is not submitted for the purpose of delay, nor for any improper

purpose. Moreover, the granting of this motion will not prejudice any party.

1

5.    A proposed Order is attached per S.D. Fla. L.R. 7.1(A)(2).

WHEREFORE Defendant Farmanatural, Inc. respectfully requests that this Court grant an extension of time until April 28, 2000 for Defendant Farmanatural to respond to the Motion for Preliminary Injunction in this action.

Respectfully submitted,

FELDMAN GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Tel. (305) 358-5001
Fax (305) 358-3309

By: _____
    James A. Gale / FBN 371726 / PTO 32,222
    Jeffrey D. Feldman / FBN 330302
    Nancy J. Flint / FBN 164623

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail this 14th day of April, 2000, to:

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Florida  33434

Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
HELFGOTT & KARAS, P.C.
350 Fifth Avenue
New York, NY 10118