

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NUTRITION 21, <br><br> Plaintiff, <br><br> v. <br><br> FARMANATURAL, INC., <br><br> Defendant. | Case No. 00-6068-CIV-LENARD <br><br> Magistrate Judge Turnoff <br><br> **PLAINTIFF'S NOTICE OF NON-AGREEMENT OF MEDIATOR** |

Plaintiff, NUTRITION 21, pursuant to the Court's order of April 11, 2000 (Order of Referral to Mediation) files this notice and would show that the plaintiff and defendant have not been able to agree on a mediator that is knowledgeable in patent matters.

Dated: Boca Raton, Florida
April 26, 2000

George G. Kurschner, Esq.
Fla. Bar No. 238619
370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434
(561) 395-5195
and
HELFGOTT & KARAS, P.C.
Aaron B. Karas
Michael F. Sarney
350 Fifth Avenue
New York, New York 10118
Phone: (212) 643-5000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY certify that I have this day served a copy of the foregoing Notice on James A. Gale, Esq., Feldman Gale & Weber, P.A., Miami Center - 19th Floor, 201 South Biscayne Blvd., Miami, FL 33131 by U.S. mail this 26th day of April, 2000.

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, FL 33432
(561) 395-5195
Fla. Bar No. 238619