# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

April 28, 2000



FILED by _____ D.C.
DKTG
APR 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

George G. Kurschner, Esquire
370 West Camino Gardens Blvd.
Boca Raton, Florida 33434

Re:    **REQUEST FOR DESIGNATION OF A MEDIATOR PURSUANT TO
       LOCAL RULE 16.2.D. 1(b)
       CASE NO.: 00-6068-CIV-LENARD
       <u>Nutrition 21 v. Farmanatural, Inc.</u>**

Dear Mr. Kurschner:

Pursuant to your request the Clerk has randomly selected Michael H. Salmon as the mediator in the above-mentioned case. His address is 19 West Flagler Street, Suite 410, Miami, Florida 33130 and his telephone number is (305)371-5490. Please make a note of it.

If you have any questions regarding this matter, please contact me at your convenience.

Sincerely,

Catherine Reynolds
Executive Services Administrator

CR/av

c:    Honorable Joan A. Lenard, District Judge
      Michael H. Salmon, Mediator
      James A. Gale, Esquire
      Jeffrey D. Feldman, Esquire
      Nancy Flint, Esquire
      Court File

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism
for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*