UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
APR 28 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

| | |
|---|---|
| NUTRITION 21, | CASE NO. 00-6068-CIV-LENARD |
| Plaintiff, | Magistrate Judge Turnoff |
| v. | |
| FARMANATURAL, INC., | |
| Defendant. | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

Defendant Farmanatural, Inc. ("Farmanatural"), by and through its attorneys Feldman Gale & Weber P.A. and pursuant to S.D. Fla. L.R. 7.1(a)(1)(j), hereby moves this Court for an extension of time to respond to Plaintiff Nutrition 21's ("Nutrition 21") Motion for Preliminary Injunction, and in support states:

1. This Court previously granted an extension of time for Defendant to respond to Plaintiff's Complaint and Motion for Preliminary Injunction until April 28, 2000.

2. As of April 27, the parties were actively engaged in settlement negotiations, and were very close in their offers for settlement.

3. In light of the closeness of the parties' offers for settlement, the Defendant respectfully requests that this Court grant a one week extension of time until May 5, 2000 to continue working toward a settlement in this action before responding to Plaintiff's motion.

4. The undersigned conferred with Plaintiff's counsel, who does not object to this request.

1

5. This motion is not submitted for the purpose of delay, nor for any improper purpose. Moreover, the granting of this motion will not prejudice any party.

6. A proposed Order is attached per S.D. Fla. L.R. 7.1(A)(2).

WHEREFORE Defendant Farmanatural, Inc. respectfully requests that this Court grant an extension of time until May 5, 2000 for Defendant Farmanatural to respond to the Motion for Preliminary Injunction in this action.

Respectfully submitted,

FELDMAN GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Tel. (305) 358-5001
Fax (305) 358-3309

By: _____
James A. Gale /FBN 371726/PTO 32,222
Jeffrey D. Feldman / FBN 330302
Nancy J. Flint/FBN 164623

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail this 28th day of April, 2000, to:

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434

Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
HELFGOTT & KARAS, P.C.
350 Fifth Avenue
New York, NY 10118

I:\farmanatural, inc\pleadings\motion for extension of time5.doc

2