# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

NUTRITION 21,                           )        CASE NO. 00-6068-CIV-LENARD
                                        )        Magistrate Judge Turnoff
    Plaintiff,                      )
                                        )
v.                                      )
                                        )        FILED by _____ D.C.
FARMANATURAL, INC.,                     )
                                        )        MAY 0 2 2000
    Defendant.                      )
                                        )        CLARENCE MADDOX
_____        )        CLERK U.S. DIST. CT.
                                                 S.D. OF FLA. MIA.

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

This Cause is before the Court on Defendant Farmanatural, Inc.'s Motion for extension of time to respond to the Motion for Preliminary Injunction in this matter. The Court having considered the motion and the pertinent portions of the record, and being otherwise fully advised, it is

ORDERED AND ADJUDGED that Defendant's motion is GRANTED. The deadline for Defendant to serve a response to the Motion for Preliminary Injunction is May 5, 2000.

DONE AND ORDERED in Chambers in Miami, Florida this ___2___ day of __May__,
2000.

UNITED STATES DISTRICT JUDGE
JOAN A. LENARD

l:\farmanatural, inc\pleadings\order on motion for extension of time5.doc

1