F I L E D

MAY   5 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX

| | | |
|---|---|---|
| NUTRITION 21, | ) | CASE NO. 00-6068-CIV-LENARD |
| | ) | Magistrate Judge Turnoff |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FARMANATURAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

Defendant Farmanatural, Inc. ("Farmanatural"), by and through its attorneys Feldman

Gale & Weber P.A. and pursuant to S.D. Fla. L.R. 7.1(a)(1)(j), hereby moves this Court for an

extension of time to respond to Plaintiff Nutrition 21's ("Nutrition 21") Motion for Preliminary

Injunction, and in support states:

1.      This Court previously granted an extension of time for Defendant to respond to

Plaintiff's Complaint and Motion for Preliminary Injunction until May 5, 2000.

2.      As of May 5, the parties were actively engaged in settlement negotiations, and

were very close in their offers for settlement.

3.      In light of the closeness of the parties' offers for settlement, the Defendant

respectfully requests that this Court grant a one week extension of time until May 12, 2000 to

continue working toward a settlement in this action before responding to Plaintiff's motion.

4.      The undersigned conferred with Plaintiff's counsel, who does not object to this

request.

1

5.     This motion is not submitted for the purpose of delay, nor for any improper purpose. Moreover, the granting of this motion will not prejudice any party.

6.     A proposed Order is attached per S.D. Fla. L.R. 7.1(A)(2).

WHEREFORE Defendant Farmanatural, Inc. respectfully requests that this Court grant an extension of time until May 12, 2000 for Defendant Farmanatural to respond to the Motion for Preliminary Injunction in this action.

Respectfully submitted,

FELDMAN GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Tel. (305) 358-5001
Fax (305) 358-3309

By: _____
James A. Gale/FBN 371726/PTO 32,222
Jeffrey D. Feldman / FBN 330302
Nancy J. Flint/FBN 164623

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail this 5th day of May, 2000, to:

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434

Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
HELFGOTT & KARAS, P.C.
350 Fifth Avenue
New York, NY 10118

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| NUTRITION 21, | ) | CASE NO. 00-6068-CIV-LENARD |
| | ) | Magistrate Judge Turnoff |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FARMANATURAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**

This Cause is before the Court on Defendant Farmanatural, Inc.'s Motion for extension of

time to respond to the Motion for Preliminary Injunction in this matter. The Court having

considered the motion and the pertinent portions of the record, and being otherwise fully advised,

it is

ORDERED AND ADJUDGED that Defendant's motion is GRANTED. The deadline for

Defendant to serve a response to the Motion for Preliminary Injunction is May 12, 2000.

DONE AND ORDERED in Chambers in Miami, Florida this _____ day of _____,

2000.

_____
UNITED STATES DISTRICT JUDGE
JOAN A. LENARD