UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| NUTRITION 21, | ) | CASE NO. 00-6068-CIV-LENARD |
| | ) | Magistrate Judge Turnoff |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FARMANATURAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

FILED by ___ D.C.

MAY 0 9 2000

CLARENCE _____
CLERK U.S. _____
S.D. OF FLA. ____

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

This Cause is before the Court on Defendant Farmanatural, Inc.'s Motion for extension of time to respond to the Motion for Preliminary Injunction in this matter. The Court having considered the motion and the pertinent portions of the record, and being otherwise fully advised, it is

ORDERED AND ADJUDGED that Defendant's motion is GRANTED. The deadline for Defendant to serve a response to the Motion for Preliminary Injunction is May 12, 2000.

DONE AND ORDERED in Chambers in Miami, Florida this __9__ day of __May__, 2000.

_____
UNITED STATES DISTRICT JUDGE
JOAN A. LENARD

l:\farmanatural, inc\pleadings\order on motion for extension of time6.doc

1