

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NUTRITION 21, | |
| Plaintiff, | Case No. 00-6068-CIV-LENARD |
| v. | Magistrate Judge Turnoff |
| FARMANATURAL, INC., | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION** |
| Defendant. | **FOR PRELIMINARY INJUNCTION** |

Plaintiff, NUTRITION 21, files this notice of the withdrawal of it's Motion for Preliminary Injunction. Defendant was to serve a response to plaintiff's motion on May 12, 2000. Plaintiff would show that the parties have reached a possible, tentative settlement and that the requested preliminary injunction may no longer be necessary at this time.

Dated: Boca Raton, Florida
       May 11, 2000

_____
George G. Kurschner, Esq.
Fla. Bar No. 238619
370 W. Camino Gardens Blvd.

Boca Raton, Florida 33434
(561) 395-5195

and

HELFGOTT & KARAS, P.C.
Aaron B. Karas
Michael F. Sarney
350 Fifth Avenue
New York, New York 10118
Phone: (212) 643-5000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY certify that I have this day served a copy of the foregoing Certificate of Interest on James A. Gale, Esq., Feldman Gale & Weber, P.A., Miami Center - 19th Floor, 201 South Biscayne Blvd., Miami, FL 33131 by U.S. mail on May 11, 2000.

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, FL 33432
(561) 395-5195
Fla. Bar No. 238619