UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6068-CIV-LENARD/TURNOFF

**NUTRITION 21,**

    Plaintiff(s),

vs.

**FARMANATURAL, INC.,**

    Defendant(s).
_____/



**ORDER DIRECTING PLAINTIFF'S COUNSEL TO SUBMIT
PROPOSED ORDER SCHEDULING MEDIATION**

THIS CAUSE is before the Court on <u>sua sponte</u>. After review of the file, being duly advised in the premises, and pursuant to Federal Rule of Civil Procedure 16(c)(9) and Southern District Local Rule 16.2, it is hereby

**ORDERED** as follows:

1. The Court's April 11 2000 Order of Referral to Mediation and Directing Parties to Submit Proposed Order Scheduling Mediation (D.E. #43) ordered all parties to participate in mediation, to be completed no later than July 26, 2001.

2. On April 26, 2000, Plaintiff notified the Court the parties were unable to agree to a mediator (D.E. #27).

3. On April 28, 2000, the Court randomly selected Michael H. Salmon to act as mediator (D.E. #28).

4. A place, date and time for mediation convenient to the mediator, counsel of

Case No. 00-6068-CIV-LENARD/TURNOFF

record, and unrepresented parties shall now be established. **Counsel for the Plaintiff shall complete the form order attached and submit it to the Court on or before May 25, 2000.**

**FAILURE TO COMPLY with this Order will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**

**DONE AND ORDERED** in Chambers at Miami, Florida this __15__ day of May, 2000.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Fl 33434

James A. Gale, Esq.
Feldman, Gale & Weber, P.A.
Miami Center 19th Floor
201 South Biscayne Boulevard
Miami, FL 33131

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6068-CIV-LENARD/TURNOFF

NUTRITION 21,

    Plaintiff(s),

vs.

FARMANATURAL, INC.,

    Defendant(s).

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with _____ _____ on _____, 2000, at _____.m., at _____, Florida.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

DONE AND ORDERED at Miami, Florida, this ___ day of _____, 2000.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Fl 33434

James A. Gale, Esq.
Feldman, Gale & Weber, P.A.
Miami Center 19th Floor
201 South Biscayne Boulevard
Miami, FL 33131