UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6068-CIV-LENARD/TURNOFF

NUTRITION 21,

    Plaintiff(s),

vs.

FARMANATURAL, INC.,

    Defendant(s).
_____/

FILED by AG D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER SCHEDULING MEDIATION

**THE MEDIATION CONFERENCE** in this matter shall be held with  Michael Salmon  on November 14, 2000, at 10:00 a.m. at Miami, Florida.

**Within five (5) days following the mediation conference**, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** at Miami, Florida, this 25 day of May, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Fl 33434

James A. Gale, Esq.
Feldman, Gale & Weber, P.A.
Miami Center 19th Floor
201 South Biscayne Boulevard
Miami, FL 33131

