UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6068-CIV-LENARD/TURNOFF

**NUTRITION 21,**

    Plaintiff,

vs.

**FARMANATURAL, INC.,**

    Defendants.

_____/

FILED by _____ D.C.
OCT 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court <u>sua sponte</u>. Southern District of Florida Local Rule 41.1 provides in pertinent part, "Civil actions not at issue which have been pending without any proceedings having been taken therein for more than three months may be dismissed for want of prosecution by the Court on its own motion after notice to counsel of record." The Court finds that no proceedings have been taken in this matter for more than three months. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff Nutrition 21 shall have up to and including October 26, 2000 within which to show cause why this case should not be dismissed for lack of prosecution.

**DONE AND ORDERED** in Chambers at Miami, Florida this __6__ day of October, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge William C. Turnoff

Michael F. Sarney, Esq.
Helfgott & Karas
350 Fifth Ave.
New York, NY 10118

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Third Floor
Boca Raton, FL 33432

Nancy Jo Flint, Esq.
Feldman, Gale & Webber
201 S. Biscayne Blvd.
1970 Miami Center
Miami, FL 33131-2148

**00-6068-CIV-LENARD/TURNOFF**