UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NUTRITION 21, | |
| Plaintiff, | Case No. 00-6068-CIV-LENARD |
| v. | Magistrate Judge Turnoff |
| FARMANATURAL, INC., | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |
| Defendant. | |

     Plaintiff, NUTRITION 21, pursuant to the Court's order of October 6, 2000 (Order to Show Cause) files this response and would show that the plaintiff and defendant have settled this matter between them and is only awaiting the execution of the actual settlement agreement by the defendant, the plaintiff having already executed it.

Dated: Boca Raton, Florida
       October 16, 2000

_____
George G. Kurschner, Esq.
Fla. Bar No. 238619
370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434
(561) 395-5195
and
HELFGOTT & KARAS, P.C.
Aaron B. Karas
Michael F. Sarney
350 Fifth Avenue
New York, New York 10118
Phone: (212) 643-5000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY certify that I have this day served a copy of the foregoing Notice on James A. Gale, Esq., Feldman Gale & Weber, P.A., Miami Center - 19th Floor, 201 South Biscayne Blvd., Miami, FL 33131 by U.S. mail on October 1$\cancel{6}$, 2000.

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, FL 33432
(561) 395-5195
Fla. Bar No. 238619