**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 00-6068-CIV-LENARD/TURNOFF**

NUTRITION 21,

      Plaintiff(s),

vs.

FARMANATURAL, INC.,

      Defendant(s).

_____/

FILED by _____ D.C.

OCT 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**NOTICE OF COURT PRACTICE UPON**
**PLAINTIFF'S NOTICE OF SETTLEMENT**

    **THIS CAUSE** came before the court upon the Plaintiff's Response to Order to Show Cause notifying the Court of a settlement of this matter.

    **THE PARTIES** are notified that the parties shall file all papers, that are related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, **on or before November 3, 2000.** If the parties do not comply with this Order, then the court shall DISMISS the case with prejudice or set the matter immediately for trial.

    **DONE AND ORDERED** in Chambers at Miami, Florida this _18_ day of October, 2000.

                             JOAN A. LENARD
                             UNITED STATES DISTRICT JUDGE

Case No. 00-6068-CIV-LENARD/TURNOFF

Copies furnished to:

Magistrate Judge William C. Turnoff

George G. Kurschner, Esq.
370 W. Camino Gardens Blvd.
Boca Raton, Fl 33434

James A. Gale, Esq.
Feldman, Gale & Weber, P.A.
Miami Center 19th Floor
201 South Biscayne Boulevard
Miami, FL 33131