UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| NUTRITION 21, | ) | CASE NO. 00-6068-CIV-LENARD |
| | ) | Magistrate Judge Turnoff |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FARMANATURAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

FILED by _____ D.C.

OCT 31 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Nutrition 21 and Defendant Farmanatural, Inc. hereby consent to the DISMISSAL of this action WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party is to bear its own costs and attorneys' fees.

GEORGE G. KURSCHNER
370 W. Camino Gardens Blvd.
Boca Raton, Florida 33434
Tel:  (561) 395-5195
Fax:  (561) 395-3426

By: _____
George G. Kurschner/238619

and

Aaron B. Karas, Esq.
Michael F. Sarney, Esq.
HELFGOTT & KARAS, P.C.
350 Fifth Avenue
New York, NY 10118
Tel:  (212) 643-5000
Fax:  (212) 643-2166

FELDMAN GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131-4329
Tel:  (305) 358-5001
Fax:  (305) 358-3309

By: _____
James A. Gale / 371726
Jennifer J. Watkins/ 64912

CASE NO. 00-6068-CIV-LENARD

DONE AND ORDERED in Chambers in Miami, Florida this 31 day of Oct, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record

I:\farmanatural, inc\pleadings\consent judgment.doc